IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRYSTLE RIGSBY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL NO. 15-cv-1052-JPG-CJP |
| CAROLYN W. COLVIN, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Krystle Rigsby, and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED: January 25, 2017

JUSTINE FLANAGAN
**Acting Clerk of Court**

BY: *s/Tina Gray,*
       **Deputy Clerk**

**APPROVED:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**